IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSEPH FAIRCHILD                                                                          PLAINTIFF

v.                                              Case No. 4:24-cv-00954-KGB

CUMMINS UNIT,
East Building Max, *et al.*                                                        DEFENDANTS

## ORDER

The Court has received the Recommended Disposition ("Recommendation") from United States Magistrate Judge Joe J. Volpe (Dkt. No. 3).   Plaintiff Joseph Fairchild has not filed any objections to the Recommendation, and the time for filing objections has passed.   After careful consideration, the Court concludes that the Recommendation should be, and hereby is, adopted in its entirety as this Court's findings in all respects (*Id.*).   The Court dismisses without prejudice Mr. Fairchild's complaint for failure to prosecute (Dkt. No. 1).   The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 15th day of June, 2026.

_____
Kristine G. Baker
Chief United States District Judge