**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JOSEPH FAIRCHILD**                                                                              **PLAINTIFF**


**v.**                                      **Case No. 4:24-cv-00954-KGB**

**CUMMINS UNIT,
East Building Max,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Joseph Fairchild's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 15th day of June, 2026.


_____
Kristine G. Baker
Chief United States District Judge